UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>　　　Plaintiff,<br><br>v.<br><br>1 SEAL HARBOR ROAD, APARTMENT 407<br>WINTHROP, MASSACHUSETTS;<br><br>ONE 2004 CADILLAC; AND<br><br>$13,808 IN UNITED STATES CURRENCY,<br>　　　Defendants.<br><br>JOSEPH PETRUCELLI & PAULA PETRUCELLI<br>Claimants. | Civil Action No. 14-10429-DJC |

## ORDER VACATING RESTRAINING ORDER

**CASPER, D.J.**

The United States of America, having petitioned this Court for an Order to Vacate the Restraining Order issued on February 27, 2014, which restrained the following:

> 1 Seal Harbor Road, Apartment 407, Winthrop, Massachusetts, including all appurtenances and improvements thereon, as described in more detail in a deed recorded at Book 50983 and Page 194 of the Suffolk County, Massachusetts Registry of Deeds (the "Real Property").

and that this Court, being fully advised of the circumstances of this case, it is hereby:

ORDERED that the Restraining Order shall be vacated as to the above Real Property, thereby releasing the United States' interests in and to the Real Property.

DONE AND ORDERED in Boston, Massachusetts, this 17th day of August, 2016.

/s/ Denise J, Casper
_____
DENISE J. CASPER
United States District Judge